# UNITED STATES DISTRICT COURT
## Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BRANDON K. PURNELL | **JUDGMENT IN A CRIMINAL CASE**<br>(for **Revocation** of Probation or Supervised Release)<br>Case Number: 08-CR-30254-JPG-3<br>USM Number: 08124-025<br>JUDITH A. KUENNEKE<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  <u>As alleged below</u>  of the term of supervision.
☐ was found in violation of condition(s)   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | The offender committed the offense of Possession with Intent to Distribute Methamphetamine. | 9/29/2016 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)
☐ Count(s)  ☐ is ☐ are dismissed on the motion of the United States.

☐ The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: 9756

Defendant's Year of Birth: 1984

City and State of Defendant's Residence:
Collinsville, Illinois

August 17, 2017
Date of Imposition of Judgment

Signature of Judge
J. Phil Gilbert, U.S. District Court
Name and Title of Judge

Date Signed: 8-23-2017

DEFENDANT: Brandon K. Purnell
CASE NUMBER: 08-cr-30254-JPG-3

## ADDITIONAL COUNTS OF CONVICTION

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Mandatory | The offender unlawfully possessed a controlled substance, in that he was found in possession of methamphetamine. | 9/29/2016 |
| Standard #2 | The offender failed to submit a written report for the following month: | 9/2016 |
| Standard #5 | The offender failed to maintain regular employment during the following months: December 2015, January 2016, February 2016, March 2016, August 2016 and September 2016. | 9/2016 |
| Standard #6 | The offender changed his employment status without prior notification to the probation officer. | 8/30/2016 |
| Standard #9 | The offender associated with an individual engaged in distribution of methamphetamine | 9/29/2016 |
| Standard #11 | The offender failed to notify the probation officer within seventy-two hours, in that on March 13, 2016, he had contact with the Centralia, Illinois Police Department. | 3/13/2016 |
| Special | The offender failed to make monthly payments as ordered during the following months: December 2015, January 2016, February 2016, and March 2016 | 3/31/2016 |

DEFENDANT: Brandon K. Purnell
CASE NUMBER: 08-cr-30254-JPG-3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **18 months in the Bureau of Prisons. This term of imprisonment imposed shall run consecutive to the term of 60 months imposed in 17-CR-30089-JPG for a total term of 78 months.**

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the RDAP program and placed in Marion or Greenville facility.
☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
☐ at ________________ ☐a.m. ☐ p.m. on
☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
☐before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______________ to ______________________________

at ______________________, with a certified copy of this judgment

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL